FILED

2018 MAR 21  PM 1:30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-133-T-17AEP

18 U.S.C. § 2261A(2)(B)

MIGUEL LOLO

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or around June, 2016, and continuing through on or about February 27, 2018, in the Middle District of Florida and elsewhere, the defendant,

MIGUEL LOLO,

with the intent to harass and intimidate another person, that is, K.C., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused

and would be reasonably expected to cause substantial emotional distress to a person, that is, K.C.

In violation of 18 U.S.C. § 2261A(2)(B) and 2261(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Daniel George
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

2

FORM OBD-34
March 18

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MIGUEL LOLO

**INDICTMENT**

Violations: 18 U.S.C. § 2261A(2)

A true bill,

_____
Foreperson

Filed in open court this 21st day

of March 2018.

_____ Clerk

Bail $ _____

GPO 863 525