# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION


**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:18-cr-133-T-17AEP**

**MIGUEL LOLO**

_____/

## DEFENDANT'S NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

**COMES NOW** Defendant, MIGUEL LOLO, by and through undersigned counsel, pursuant to Fed. R. Crim. P. 12.2(b), and provides notice of his intent to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt.

DATED this 15th day of May 2018.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes
Ohio Bar No. 0085400
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:    (813) 228-2715
Facsimile:    (813) 228-2562
Email:  Samuel_Landes@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Daniel George.

/s **Samuel E. Landes**
Samuel E. Landes
Assistant Federal Defender

2